## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MARYLAND

08-222-M-01

UNITED STATES OF AMERICA

vs

VINES, PETE L

Defendant.

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| S0552045  MD41 | 06/29/2007 |

ATTEMPT/ELUDE POLICE/FOOT
FTA 09/21/07  07-M-2996BPG

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

FILED
APR 01 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s)

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date  9-27-07

_____
United States Magistrate Judge
HON. BETH P. GESNER

### RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| DATE | LOCATION |
|---|---|
| 4/1/08 | District Court |

Name: Julie Carrillo   Title: DUSM   District: D/DC
Date: 4/1/08   Signature: Julie Carrillo

**FILED**
APR 01 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08-222-M-01

# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| S 0552045 | Lustig | K9.26 |

CVB Location Code: MD 41

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 06/29/2007 - 0935
Offense Charged: ☐ CFR ☒ USC ☒ State Code — 21-904 CA
Place of Offense: O'Brien Road adjacent to bldg 8492
Offense Description: Attempt by driver to elude police in official police veh. by fleeing on foot

S 0552045

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Vines | Pete | L |

Phone ( )

VEHICLE DESCRIPTION:
TBD

Sex: ☒ Male ☐ Female   ☒ Adult ☐ Juvenile

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant's Signature

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

See Case Control # 207180002

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 7/31/2007 11:25:29